**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danielle Sorace,<br><br>       Plaintiff,<br><br>v.<br><br>Arizona Department of Transportation, et al.,<br><br>       Defendants. | No. CIV 06-2281-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Joint Motion for Settlement Conference. (Dkt. 7.)  By random draw, Magistrate Judge Mark E. Aspey has been selected to conduct the settlement conference.  Accordingly,

**IT IS HEREBY ORDERED** that this case is referred to Magistrate Judge Mark E. Aspey for a settlement conference.  The parties shall file a status report with this Court no more than ten (10) days after participating in the settlement conference.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this Order to Magistrate Judge Mark E. Aspey.

DATED this 12th day of December, 2006.

Stephen M. McNamee
United States District Judge