**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Danielle Sorace, | ) | No. CIV 06-2281-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Arizona Department of Transportation, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is the parties' Stipulation for Voluntary Dismissal With Prejudice. [Dkt. 13]  Good cause appearing,

**IT IS HEREBY ORDERED** the parties' Stipulation for Voluntary Dismissal With Prejudice is **GRANTED** and this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 21st day of May, 2007.

Stephen M. McNamee
United States District Judge